SUCHOVALSKY v. CITY OF NEW YORK.

(Supreme Court, Appellate Term.  January 5, 1911.)

MUNICIPAL CORPORATIONS (§ 788*)—STREETS—DEFECTS—NEGLIGENCE.
     Where a city did not have actual knowledge of a defect in a street
     made by an excavation, and it had not existed long enough to impute
     knowledge thereof to it, the city was not liable for injuries caused by fall-
     ing into the excavation.
     [Ed. Note.—For other cases, see Municipal Corporations, Cent. Dig. §§
     1641–1643; Dec. Dig. § 788.*]

     Appeal from Municipal Court, Borough of Manhattan, Fourth Dis-
trict.

     Action by Abraham Suchovalsky against the City of New York.
From a judgment for plaintiff, defendant appeals.  Reversed, and new
trial ordered.

     Argued before GIEGERICH, BRADY, and GAVEGAN, JJ.

     Archibald R. Watson, Corp. Counsel (Theodore Connoly and Loyal
Leale, of counsel), for appellant.

     Goldstein & Goldstein, for respondent.

     GIEGERICH, J.  This is an action to recover damages for per-
sonal injuries sustained by the plaintiff in falling into an excavation
in one of the streets of the city of New York.  As there was no evi-
dence that the defendant had actual knowledge of the excavation, or
that it had existed for such length of time as to justify the imputation
of knowledge, there was no sufficient support for the claim that the
city had been negligent in failing properly to guard the excavation.
McDonald v. Degnon-McLean Contracting Co., 124 App. Div. 824,
827, 828, 109 N. Y. Supp. 519; Buckley v. City of New York, 135
App. Div. 512, 514, 515, 120 N. Y. Supp. 423.

     The judgment, consequently, was not sustained by the evidence, and
should be reversed, and a new trial ordered, with costs to the appel-
lant to abide the event.

     Judgment reversed, and new trial ordered, with costs to the appel-
lant to abide the event.  All concur.